# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ellen Beasley, | ) |
|       Plaintiff, | ) ) ) ) Case No. 1:33-cv-00539 |
| v. | ) ) |
| Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc.; | ) ) ) ) |
|       Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT ACTAVIS PHARMA, INC.

Defendant Actavis Pharma, Inc., a non-governmental corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1[1]:

Actavis Pharma, Inc. is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries, Ltd., a publicly-traded Israeli corporation, and no other publicly held corporation owns, directly or indirectly, 5% or more of the stock of Actavis Pharma, Inc.

DATED:                                             Respectfully submitted,

                                                                               /s/ Michael J. Suffern
                                                                               Michael J. Suffern
                                                                               ULMER & BERNE LLP
                                                                               600 Vine Street, Suite 2800
                                                                               Cincinnati, OH 45202
                                                                               Telephone: (513) 698-5064
                                                                               Facsimile: (513) 698-5065
                                                                               msuffern@ulmer.com

---

[1] By filing this corporate disclosure statement and appearance of counsel, Actavis Pharma, Inc. is not waiving any right to object to lack of service or improper service, venue, or jurisdiction.

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **January 31, 2022**, he caused a true and correct copy of the foregoing **Corporate Disclosure Statement** to be served upon the attorney listed below by electronic mail.

Donald J. Morrison
KELLEHER + HOLLAND, LLC
32 N. West Street
Waukegan, Illinois 60085
dmorrison@kelleherholland.com

*Attorney for Plaintiff*

PAUL LLP
Richard M. Paul III
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Rick@paulllp.com

HOTZE RUNKLE PLLC
Patrick O. Hotze
Karen Cannon Shanks
1101 S. Cap. Of TX Hwy, C-100
West Lake Hills, Texas 78746
photze@hotzerunkle.com
karen@hotzerunkle.com

*Attorneys for Defendants*

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
FIRM ID: 41041