# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ellen Beasley, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:33-cv-00539 |
| v. | ) |
| Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc.; | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT ACTAVIS LLC F/K/A ACTAVIS INC.

Defendant Actavis LLC f/k/a Actavis Inc., a non-governmental limited liability corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1[1]:

Actavis LLC f/k/a Actavis Inc. is a limited liability corporation. The sole member of Actavis LLC is Watson Laboratories, Inc.. Neither Actavis LLC nor Watson Laboratories, Inc., are publically traded. Both are indirect, wholly-owned subsidiaries of Teva Pharmaceutical Industries, Ltd., which is publicly traded. No other publicly held corporation owns, directly or indirectly, 5% or more of Actavis LLC or Watson Laboratories, Inc.

DATED: January 31, 2022            Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064

---

[1] By filing this corporate disclosure statement and appearance of counsel, Actavis LLC is not waiving any right to object to lack of service or improper service, venue, or jurisdiction.

Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **January 31, 2022**, he caused a true and correct copy of the foregoing **Corporate Disclosure Statement** to be served upon the attorney listed below by electronic mail.

Donald J. Morrison
KELLEHER + HOLLAND, LLC
32 N. West Street
Waukegan, Illinois 60085
dmorrison@kelleherholland.com

*Attorney for Plaintiff*

PAUL LLP
Richard M. Paul III
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Rick@paulllp.com

HOTZE RUNKLE PLLC
Patrick O. Hotze
Karen Cannon Shanks
1101 S. Cap. Of TX Hwy, C-100
West Lake Hills, Texas 78746
photze@hotzerunkle.com
karen@hotzerunkle.com

*Attorneys for Defendants*

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
FIRM ID: 41041